**VALERIE J. CROWN**
Attorney at Law, P.C.

151 North Main Street, Suite 300, New City, New York 10956
Tel: 845.708.5900  Fax: 845.708.5899  Cell: 845.598.8253  e-mail: vcrownlaw@aol.com

| | |
|---|---|
| Valerie J. Crown<br>*Member N.Y. State and Fed. Ct. Bars* | Robert Goetz<br>Office Manager |

May 28, 2026

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150



**MEMO ENDORSED**

| | |
|---|---|
| Re: | Valerie J. Crown, et al. v. JPMorgan Chase Bank, N.A. |
| Case No.: | 7:26-cv-03019-JGLC-VR |
| Requests: | Notification to Court of Intention to File Amended Complaint and Schedule for Filing and Responding to Same |

Dear Judge Clarke:

Please be advised that in response to Defendant's Motion to Dismiss, we, the Plaintiffs, in the above-referenced matter, hereby advise the Court we intend to file an Amended Complaint pursuant to Section 4(e) of Your Honor's Part Rules. We respectfully request an extension of time to file an Amended Complaint, on consent of defense counsel, to July 1, 2026, by reason that I will be out of town. We make this request, as a letter-motion pursuant to Sections 2(a) and 2(e) of Your Honor's Part Rules. This is our first request for an extension of time.

Defendant has requested a commensurate extension of time to respond to Plaintiffs' Amended Complaint once it is filed, through July 31, 2026. Plaintiffs consent to same. No Court conference is scheduled at this time and there are no deadlines that these requests will affect.

Thank you for giving this matter your continued courtesy and consideration in this matter.

Respectfully submitted,
VALERIE J. CROWN, ATTORNEY AT LAW, PC

By: Valerie J. Crown

VJC/
Cc: Via email: demaisj@gtlaw.com
Jaclyn DeMais, Esq.
Greenberg Traurig, LLP

Applications GRANTED. The Court HEREBY EXTENDS the deadlines as set forth above. Given Plaintiff's stated intent to file an amended complaint, the Court denies the motion to dismiss at ECF No. 15 as moot. The Clerk of Court is directed to terminate ECF Nos. 15 and 17.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: May 29, 2026
         White Plains, New York